UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN − 5 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO |
| | ) | |
| MARK PALMER, et al., | ) | **4:14CR00175 AGF/DDN** |
| | ) | |
| Defendants. | ) | |

## ORDER

It appearing to the Court that the following defendants, to wit:

**MARK PALMER,**
**ANTHONY PALMER,**
**SAMUEL LEINICKE,**
**CHARLES WOLFE, a/k/a "Chuck Wolfe,"**
**ROBERT WOLFE, and**
**JOSEPH GABRICK,**

have been indicted by the Grand Jury, and that they have not yet been taken into custody, nor have

they yet given bail for their initial appearances to answer said indictment, it is by the Court ordered

that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants

are in custody or have been given bail for their initial appearances.

_____
UNITED STATES DISTRICT JUDGE
Eastern District of Missouri
Eastern Division

Dated this _____ day of June, 2014.