

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

*Organized Crime Drug Enforcement*
*Task Force - West Central Region*

FILED

JUN 1 7 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

JAMES C. DELWORTH
Assistant United States Attorney

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102

Direct: (314) 539-6242
Office: (314) 539-2200
Fax: (314) 539-2312

June 17, 2014

Mr. James Woodward
U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

    Re:    United States v. Charles Wolfe, et al.
             Cause No. 4:14CR00175 AGF (DDN)

Dear Mr. Woodward:

    The indictment returned by the Grand Jury in the above-captioned case on June 4, 2014, was ordered suppressed pending the apprehension of the defendants named therein.

    One or more of the defendants has now been apprehended. Therefore, it is directed that the suppression order of this indictment be lifted.

                            Very truly yours,

                            RICHARD G. CALLAHAN
                            United States Attorney

                            *James C. Delworth by JCD*

                            JAMES C. DELWORTH, #29702MO
                            Assistant United States Attorney

JCD/nlk